UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOT EGGERLING

                Plaintiff(s),

v.

FREMONT UNIFIED SCHOOL DISTRICT

                Defendant(s).

CASE NO. C08-02401

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference AUGUST 21, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| CHARLES G. WILLIAMS, ESQ. | PLAINTIFF | (510) 659-1953 | |
| JAMES M. MARZAN, ESQ. | DEFENDANT | (925) 827-3300 | JMARZAN@ESMLAWFIRM.COM |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7/31/08

Dated: 7/31/08

Rev 12.05

E-signed for Charles G. Williams
Attorney for Plaintiff

Attorney for Defendant
JAMES M. MARZAN, ESQ.