PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOT EGGERLING,<br><br>  Plaintiff,<br><br>vs.<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br>a public entity,<br><br>  Defendant. | CASE NO.: C-08-02401 JSW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY ACTION PENDING RESOLUTION OF CLAIMS PENDING IN CONCURRENT STATE ACTIONS**<br><br>**Date: October 17, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 2** |

The motion of defendant, FREMONT UNIFIED SCHOOL DISTRICT for an Order Staying Further Federal Proceedings in this case pending resolution of claims pending in concurrent State court actions case regularly for hearing by me this 17th day of October, 2008.

The court, having considered the papers submitted, the arguments of counsel and the contents of the court file, determines that wise judicial administration dictates that this action by stayed until resolution of the pending state court actions.

IT IS SO ORDERED.

1  DATED: September 2, 2008

2  _____
3  JUDGE OF THE FEDERAL DISTRICT COURT