PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HESS,<br><br>    Plaintiff,<br><br>vs.<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br>a public entity,<br><br>    Defendant.<br>_____<br><br>LUANNE HESS,<br><br>    Plaintiff,<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br><br>    Defendant.<br>_____<br><br>DOT EGGERLING,<br><br>    Plaintiff,<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | **ALL RELATED CASES:**<br><br>**NO.: CV08-02399 JSW**<br>        **CV08-02400 JSW**<br>        **CV08-02401 JSW**<br><br>**STIPULATION TO CONSOLIDATE CASES AND ~~PROPOSED~~ ORDER** |

//

1  IT IS HEREBY STIPULATED and agreed to by the parties hereto, through their
2  respective attorneys of record, that the above-actions be consolidated for all purposes including
3  Trial, under case name and number: <u>WILLIAM HESS vs. FREMONT UNIFIED SCHOOL
4  DISTRICT</u>, Case No. CV08-02399 JSW.

5  It is further stipulated that the stipulation may be executed in counterpart and the separate
6  signatures treated as one document through incorporation by reference and that any facsimile
7  signatures of counsel on the stipulation may be treated as the original execution of the stipulation
8  by that counsel.

10  DATED: 9/11, 2008

CHARLES G. WILLIAMS, Esq.
Attorney for Plaintiffs WILLIAM HESS,
LUANNE HESS and DOT EGGERLING

13  DATED: 9/15, 2008

EDRINGTON, SCHIRMER & MURPHY

JAMES M. MARZAN, Esq.
Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

## ORDER

19  GOOD CAUSE APPEARING THEREFORE: IT IS HEREBY ORDERED that United
20  States District Court cases bearing the numbers CV08-02399, CV08-02400, and CV08-02401
21  are consolidated for all purposes, including trial, under Case No. CV08-02399.

22  DATED: September 15, 2008

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

2

Stipulation and ~~Proposed~~ Order to Consolidate Cases