1  JOHN N. KITTA, ESQ. (SBN 71504)
2  A.K. ABRAHAM (SBN 86870) Of Counsel
   JOHN N. KITTA & ASSOCIATES
3  39560 Stevenson Place, Suite 217
   Fremont, CA 95436
4  Telephone: 510.797.7990
   Fax: 510.745.8606
5

6  CHARLES G. WILLIAMS (SBN 172907)
   ATTORNEY AT LAW 4910 Seneca Park
7  Loop
   Fremont, CA 9453855
8  Telephone: 510.659.1953
   Attorneys for Plaintiff
9  DOT EGGERLING

10 PETER P. EDRINGTON, Esq. (074355)
   JAMES M. MARZAN, Esq. (133931)
11 EDRINGTON, SCHIRMER & MURPHY
   2300 Contra Costa Boulevard, Suite 450
12 Pleasant Hill, CA 94523-3936
   Telephone: (925) 827-3300
13 Facsimile: (925) 827-3320

14
   Attorneys for Defendant
15 FREMONT UNIFIED SCHOOL DISTRICT

16

17                  UNITED STATES DISTRICT COURT

18         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

19 DOT EGGERLING,                   )
20                                  ) **CASE NO.:   C-08-02401 WHA**
          Plaintiff,                )
21                                  )
       vs.                          ) **ORDER RE: RE-INSTATEMENT OF**
22                                  ) **DEFENDANT'S REQUEST FOR JURY**
   FREMONT UNIFIED SCHOOL DISTRICT, ) **TRIAL**
23 a public entity,                 )
                                    )
24        Defendant.                )
                                    )
25                                  )
                                    )
26                                  )
                                    )
27                                  )

28

1
Order Re Re-Instatement of Defendant's Request for Jury Trial

Pursuant to the Stipulation of the parties and good cause appearing therefore, IT IS ORDERED that defendant FREMONT UNIFIED SCHOOL DISTRICT's demand for jury trial, as requested in its Answer and Amended Answer, is hereby re-instated and the trial of this matter, presently scheduled for October 19, 2009, shall proceed as a jury trial.

IT IS SO ORDERED.

DATED: September 15, 2008

_____
JUDGE OF THE FEDERAL COURT